IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN A. EARHEART, JR., | ) |
| Plaintiff, | ) |
| | ) NO. 3:19-cv-01107 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| CENTRAL TRANSPORT LLC, | ) |
| Defendant. | ) |

**ORDER**

Pending before the Court is Defendant's Motion for Summary Judgment (Doc. No. 51, "Motion"), supported by an accompanying Memorandum of Law. (Doc. No. 52). Via the Motion, Defendant sought summary judgment with respect to two (and only two) of Plaintiff's three causes of action, namely, Plaintiff's claim of disability discrimination in violation of the Americans with Disabilities Act (ADA) and Plaintiff's claim of retaliatory discharge in violation of the Tennessee Workers' Compensation Act (TWCA). Plaintiff filed a response (Doc. No. 61), and Defendant filed a reply (Doc. No. 63).

For the reasons stated herein, the Motion is **GRANTED**, and accordingly summary judgment is hereby entered in Defendant's favor on Plaintiff's claim for ADA disability discrimination and Plaintiff's claim for TWCA retaliatory discharge. Additionally, the Court **GRANTS** summary judgment *sua sponte* as to Plaintiff's third and final cause of action, his claim for disability discrimination in violation of the Tennessee Disability Act.

This is the final order denying all relief in this Case. This order shall constitute final judgment for purposes of fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE